[Civ. No. 1042. First Appellate District—June 15, 1912.]

MARY C. BAGLEY, Appellant, v. JESSE W. LILIENTHAL et al., Respondents.

Judgment affirmed on the authority of *Bagley* v. *Bloom, ante,* p. 255.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. J. M. Seawell, Judge.

The facts are similar to those stated in the opinion of the court in *Bagley* v. *Bloom, ante,* p. 255.

John Hubert Mee, for Appellant.

Olney, Pringle & Mannon, for Respondents.

BURNETT, J.—This case involves the same questions as *Bagley* v. *Bloom et al.* (No. 1041), *ante,* p. 255, [125 Pac. 931], and for the reasons stated in the opinion this day filed therein, the judgment is affirmed.

Lennon, P. J., and Kerrigan, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on August 14, 1912.